### Sandra Lynn LOWERY, Appellant,

v.

### Raymond Allan LOWERY, Respondent.

### No. 64916.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Dec. 13, 1994.

Lee R. Elliott, Troy, for appellant.

Elizabeth W. Swann, Swann & Hendrix, O'Fallon, for respondent.

Before CRANDALL, P.J., and AHRENS and CRAHAN, JJ.

## ORDER

PER CURIAM.

Wife appeals from the child visitation provisions of a dissolution decree.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).